# EXHIBIT "A"

**The listed terms below are preliminary and are subject to change after updated escrow information obtained.**

| Terms | Current | Modified/New |
|---|---|---|
| UPB | $543,024.07 | $625,553.18 |
| Interest Rate | 8.990% | 2.000%    3.000%    4.000%    4.750% |
| Monthly P&I | $4,437.78 | YEAR1:    $2,548.05 |
|  |  | YEAR2:    $2,854.54 |
|  |  | YEAR3:    $3,169.75 |
|  |  | YEAR4:    $3,409.60 |
| Maturity Date | 12/1/2036 | 12/1/2036 |
| Due Date | 4/1/2009 | 9/1/2010 |
| Product Type (ARM to FIXED, etc) | FIXED | STEP/FIXED |
| Principal Forgiveness | N/A | $0.00 |
| Balloon Payment | N/A | $0.00 |
| Balloon Date | N/A |  |
| Modification Effective Date | N/A | 8/1/2010 |